

ORIGINAL

FILED

08/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0065

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0065

L. CRAIG SEMENZA,

      Plaintiff and Appellant,

   v.

HOLLISTER A. LARSON, et al., and
HOLLY JEAN LARSON, both individually and
Collectively d/b/a FIRST & MAIN BUILDING,

      Defendants and Appellees.

**ORDER**

FILED

AUG 3 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Plaintiff and Appellant L. Craig Semenza *pro se* has filed a motion for the extension of time within which to file his opening brief.

Upon consideration of Plaintiff's and Appellant's motion for the extension of time,

IT IS HEREBY ORDERED that Plaintiff's and Appellant's motion for the extension is GRANTED. Plaintiff and Appellant has until September 12, 2022, within which to file his opening brief.

DATED this 30 day of August, 2022.

For the Court,

_____
Chief Justice